Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CURNUTT,<br><br>Defendant. | No.  6:17-MJ-0058-MJS<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent, hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for July 17, 2018.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on August 16, 2017.

Dated: July 13, 2018                              NATIONAL PARK SERVICE

                                               /S/ Susan St. Vincent_____
                                              Susan St. Vincent
                                              Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for July 17, 2018, in the above-referenced matter, *United States v. Curnutt, 6:17-mj-0058-MJS*, be vacated.

IT IS SO ORDERED.

Dated: July 13, 2018

_____
UNITED STATES MAGISTRATE JUDGE